IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:06cr22-23-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TERES G. CALDWELL ) | |

**THIS MATTER** is before the Court upon Defendant's Motion To Schedule Trial On Dates Other Than July 18 Through 20 during the July criminal term in the Statesville Division.

On 26 June 2007, a Notice Of Hearing was docketed in the above matter for a Change of Plea Hearing set for 10 July 2007, at 9:35AM in the Charlotte Magistrate Courtroom before Judge Carl Horn, III. Therefore, Defendant's motion is moot.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion is hereby **DENIED.**

Signed: June 27, 2007

Richard L. Voorhees
United States District Judge